SISTITO, Appellant, v. TROTTA, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Rosa Sistito against Pasquale Trotta. No opinion. Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs.

SLAUSON, Appellant, v. WOEHLKINS, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Edward V. Slauson, as trustee in bankruptcy, etc., against Adolph Woehlkins.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the ground, first, that it does not appear that any notice of the motion was given to the alleged claimant (Bullowa v. Provident Life & Trust Co., 125 App. Div. 545, 109 N. Y. Supp. 1058); second, that, if the party added as defendant has any claim, it is not for the debt or property which is the subject-matter of this action, but only a claim in equity against the plaintiff when he shall have collected such debt (Hanna v. Manufacturers' Trust Co., 104 App. Div. 90, 93 N. Y. Supp. 304); and, third, that the motion papers fail to disclose a reasonable demand made without collusion (Boskowitz v. Boskowitz, 124 App. Div. 849, 109 N. Y. Supp. 490; St. John v. Union Mut. Life Ins. Co., 132 App. Div. 515, 117 N. Y. Supp. 1077).

HIRSCHBERG, P. J., dissents.

In re SMITH. (Supreme Court, Appellate Division, First Department. May 13, 1910.) In the matter of George Smith, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 65 Misc. Rep. 417, 121 N. Y. Supp. 1087.

SMITH, Respondent, v. FIELDING, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Luther W. Smith against Thomas E. Fielding. No opinion. Motion to dismiss appeal granted, with costs.

SMITH, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Wayne Smith against Estelle M. Smith. No opinion. Interlocutory judgment unanimously affirmed, without costs.

SMITH, Respondent, v. STEFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by William D. Smith against John Steff. With this case has been consolidated in this court cases bearing titles as follows: Wayne-Monroe Telephone Co. v. Ontario Telephone Co. et al. (see, also, 112 N. Y. Supp. 424); People ex rel. Delaware, L. & W. R. Co., Appellant, v. Alex. D. Carmichael et al., as Assessors, etc., Respondents; Same v. John Butler et al., as Assessors, etc.; Same v. Maurice Nelan et al., as Assessors, etc. No opinions. Appeals dismissed, without costs, upon stipulations filed.

SMITH, Appellant, v. VAN EPS, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by George H. Smith against Fred T. Van Eps. F. Bien, for appellant. F. L. Holt, for respondent. No opinion. Order modified, by striking out the fifth clause thereof, and, as modified, affirmed, without costs. Order filed.

SMITH & THAYER CO., Appellant, v. WEISS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by the Smith & Thayer Company against Adolph Weiss and Jacob Lazarowitz, copartners, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

SNOW, Respondent, v. SHREFFLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Sarah L. Snow against Charles E. Shreffler. No opinion. Order affirmed, with $10 costs and disbursements.

SOMERVILLE REALTY CO., Respondent, v. BARNETT, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by the Somerville Realty Company against Lissa M. Barnett.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

THOMAS, J., dissents, on the ground that the judgment is against the weight of evidence.

SORGEN v. PRENDERGAST et al. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Appeal from Special Term, New York County. Action by Henry Sorgen against William A. Prendergast, individually and as Comptroller of the City of New York, and others. From an order denying a motion for an injunction (123 N. Y. Supp. 765), plaintiff appeals. Affirmed. Seldon Bacon, for appellant. Dudley Field Malone, for respondents.

PER CURIAM. We do not think, upon this record, that the plaintiff has established such a right to maintain the position before occupied by him as justifies the interference of a court of equity in his behalf. The order appealed from is therefore affirmed, with $10 costs and disbursements.

SPINELLI et al., Respondents, v. KINGSTON, Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Dominick Spinelli and others against Perry Kingston. M. G. Brouner, for appellant. E. N. Dollin, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STANNARD v. ATLANTIC TERRA COTTA CO. (Supreme Court, Appellate Division,